In re Petition for DISCIPLINARY AC-
TION AGAINST Victor P. SEILER, an
Attorney at Law of the State of Minne-
sota.

No. C3–96–2033.

Supreme Court of Minnesota.

Dec. 14, 1998.

ORDER

Upon the request of the Director of Law-
yers Professional Responsibility for an order
dismissing the pending petition for revoca-
tion of probation and for further disciplinary
action in this matter without costs,

IT IS HEREBY ORDERED that the peti-
tion for revocation of probation and for fur-
ther disciplinary action against Victor P. Seil-
er is hereby dismissed without costs.

BY THE COURT:
/s/ Alan C. Page
Associate Justice